**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| LONNIE D. HAGGERTY, | : | No. 15 WAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated May 17, |
| | : | 2016 at No. 79 M.D. 2016. |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

**ORDER**

**PER CURIAM**

AND NOW, this 26th day of April, 2017, the order of the Commonwealth Court is

**AFFIRMED**.